# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2022-1355**
Jessie James Sharp v. State of Alabama (Appeal from Montgomery Circuit Court:
CC-07-938.63)

## NOTICE

You are hereby notified that on November 17, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk